IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RENA M. PETERSEN, <br><br> Defendant. | CR 20-11-BU-KLD <br><br> ORDER |

The Government has filed an unopposed motion to appear remotely at the sentencing set for December 17, 2020, at 10:00 a.m. (Doc. 26.) Good cause appearing,

IT IS ORDERED that the motion is GRANTED. Counsel for the United States may appear by video conference at the sentencing hearing. Counsel for the United States is directed to contact the Clerk of Court for connectivity instructions.

DATED this 10th day of December, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge