IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENA M. PETERSEN,<br><br>Defendant. | CR 20-11-BU-KLD<br><br>ORDER |

Consistent with the terms of the plea agreement and the terms of Defendant's sentence as imposed at the hearing on December 17, 2020,

IT IS ORDERED that page 2 of the Judgment entered on December 17, 2020 is modified to reflect that payment of restitution as set forth in the Judgment is a mandatory condition of Defendant's supervision. See Doc. 29 at 2, box 7.

DATED this 4th day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge